UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN GOWARD,<br>    Plaintiff<br><br>V.<br><br>UNUM GROUP CORPORATION, formerly known as UNUMPROVIDENT CORPORATION, as successor PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY<br>    Defendants | CIVIL ACTION NO.<br>16-CV-00123-ML-LDA |

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

| JOHN GOWARD | UNUM GROUP CORPORATION, formerly known as UNUMPROVIDENT CORPORATION, as successor PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Mason J. Waring<br>J. Scott Kilpatrick, Esq. (#4036)<br>Mason J. Waring, Esq. (#7737)<br>Chisholm Chisholm & Kilpatrick Ltd<br>One Turks Head Place – Suite 1100<br>Providence, RI 02903<br>(401) 331-6300 – Telephone<br>(401) 421-3185 – Fax<br>jskilpatrick@cck-law.com<br>mwaring@cck-law.com | /s/ Joan O. Vorster<br>Joan O. Vorster, Esq., BBO #550375<br>David L. Fine, Esq., BBO #663407<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502<br>jvorster@mirickoconnell.com<br>dfine@mirickoconnell.com |

2

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2016.

                                                         /s/ Joan O. Vorster
                                                         Joan O. Vorster, Esq.